# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on September 12, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours. NOTE: The staff of the bankruptcy clerk's office and the office of the U.S. trustee cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Barbara Gail Sibley
75 Saint Mark's Place
# 3
New York, NY 10003

| Case Number:<br>11−14297−alg | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−3798 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Mark A. Frankel<br>Backenroth Frankel & Krinsky, LLP<br>489 Fifth Avenue<br>New York, NY 10017<br>Telephone number: (212) 593−1100 | Bankruptcy Trustee (name and address):<br>Yann Geron<br>Fox Rothschild, LLP<br>100 Park Avenue<br>Suite 1500<br>New York, NY 10017<br>Telephone number: (212) 878−7900 |

## Meeting of Creditors
Date: **October 6, 2011**      Time: **10:30 AM**
Location: **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004−1408**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/5/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>One Bowling Green<br>New York, NY 10004−1408<br>Telephone number: 212−668−2870 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 5:00 PM | Date: September 13, 2011 |

DEBTORS: BRING THIS NOTICE TO YOUR FIRST MEETING OF CREDITORS TO BE HELD PURSUANT TO SECTION 341(A) OF THE BANKRUPTCY CODE, TOGETHER WITH ANY OTHER DOCUMENTS REQUESTED BY THE TRUSTEE.

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **DEBTORS** | Duty to Complete Financial Management Course and File Certificate: The Personal Financial Management Course must be completed and Official Form 23 (Financial Management Form Certificate) must be filed within 60 days after the first date set for your section 341(a) meeting, pursuant to Bankruptcy Rule 1007(c). Please note: You will not receive your discharge and your case will be closed without entry of a discharge, if you do not file the form within the required time allotted. If you fail to file the Financial Management Course Certificate and your case is closed, you will be required to file a Motion to Reopen the Case to allow for filing of the Certificate, paying required fees, if any become due, applicable to either the reopening of the case or filing of the motion. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

In re:                                                                  Case No. 11-14297-alg
Barbara Gail Sibley                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1         User: cbickerst          Page 1 of 2          Date Rcvd: Sep 13, 2011
                             Form ID: b9a             Total Noticed: 89

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2011.
```
db          +Barbara Gail Sibley,    75 Saint Mark's Place,    # 3,    New York, NY 10003-7944
aty         +Mark A. Frankel,    Backenroth Frankel & Krinsky, LLP,     489 Fifth Avenue,
              New York, NY 10017-6117
smg          N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg          New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg          New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY 12205-0300
smg          United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
              New York, NY 10007-1701
ust         +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
5646697     +A + TOWELS,   151 VERDI STREET,    FARMINGDALE, NY 11735-6334
5646698     +ALJER PLUMBING,    160 West 71st Street,    NY, NY 10023-3945
5646700     +AMERICAN BUREAU OF COLLECTIONS,    1100 MAIN STREET,    BUFFFALO, NY 14209-2356
5646704      AVAYA, INC,   PO BOX 5125,    CAROL STREAM, IL 60197-5125
5646702     +American Express,    c/o GC Services LLC,    10040 N 25th Ave, Suite 200,    Phoenix, AZ 85021-1648
5646703     +Andrea Kirsebom,    75 St Marks Place,    # 3,    New York, NY 10003-7944
5646708     +BARMAR LLC,    77 SAINT MARKS PLACE,    NY, NY 10003-7945
5646709     +BARMAR LLC,    c/o Barbara Sibley,    77 Saint Mark's Place,    NY, NY 10003-7945
5646710     +BARMAR LLC & MARBAR  LLC,    c/o Barbara Sibley,    77 Saint Mark's Place,    NY, NY 10003-7945
5646711     +BMF BARBONE FOODS,    48 ELKAY DRIVE,    CHESTER, NY 10918-3001
5646712     +CAPITOL ONE BANK,    PO BOX 8912,    MELVILLE, NY 11747-8912
5646713     +CAPITOL ONE LINE OF CREDIT,    PO BOX 8912,    MELVILLE, NY 11747-8912
5646715     +CENTURY WASTE,    623 DOWN STREET,    ELIZABETH, NJ 07201-2125
5646714     +CENTURY WASTE,    623 DOWN STREET,    PO Box 1109,    ELIZABETH, NJ 07207-1109
5646719      CINTAS CORP LOC 790,    PO BOX 630803,    CINCINATTI, OH 45263-0803
5646722     +CON EDISON,    4 IRVING PLACE,    NY, NY 10003-3598
5646721     +Client Services, Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
5646723     +Control Exterminating,    200 E 33rd Street,    Suite 10-E,    New York, NY 10016-4828
5646724      DAIRYLAND, USA,    GENERAL POST OFFICE,    PO BOX 30943,    New York, NY 10087-0943
5646725     +DC WHOLESALE,    22 PRINCE STREET,    PMB #401,    NY, NY 10012-3527
5646727     +DISCOUNT BAG SUPPLY,    PO BOX 5008,    S. HACKENSACK, NJ 07606-4208
5646726     +DISCOUNT BAG SUPPLY,    PO BOX 5008,    SOUTH HACKENSACK, NJ 07606-4208
5646731     +EFFECTIVE PLUMBING,    2001 ARTHUR AVENUE,    BRONX, NY 10457-4799
5646732      ESPRESSO MASTERS,    6 PAGE ROAD,    CLIFTON, NJ 07012
5646733     +Firstsource Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
5646734     +GC Services LP,    Po Box 3855,    Houston, TX 77253-3855
5646737     +George Sibley,    75 St Marks Place,    # 3,    New York, NY 10003-7944
5646738     +Holiday LLC,    c/o Sibley,    77 Saint Mark's Place,    NY, NY 10003-7945
5646739     +I HALPER,    95 FREEWAY DRIVE WEST,    ORANGE, NJ 07050-3922
5646740     +IL LABORATORIO DEL GELATO,    95 ORCHARD STREET,    New York, NY 10002-3127
5646741     +Internal Revenue Service,    c/o US Attorney Claims Unit,    One Saint Andrews Plaza Rm 417,
              New York, NY 10007-1701
5646744     +JORDANS BAKING CO.,    PO BOX 5041,    NEWARK, NJ 07105-0041
5646745     +Joseph Yavarkofsky Inc.,    c/o Ira Yavakofsky,    61 Queens Ave,    Atlantic Beach, NY 11509-1522
5646747     +KATHY YAVARKOVSKY,    4018 THIRD AVENUE,    BROOKLYN, NY 11232-2806
5646746     +Kathleen Clement,    75 St Marks Place,    # 3,    New York, NY 10003-7944
5646749     +LUND FIRE PRODUCTS,    PO BOX 610522,    Bayside, NY 11361-0522
5646748     +Loren Norman,    96 Fifth Avenue,    # 8C,    New York, NY 10011-7613
5646750     +Marbar LLC,    c/o Barbara Sibley,    77 Saint Mark's Place,    New York, NY 10003-7945
5646751     +Margaritte Malfy,    139 Jackson Ave,    Apt 1A,    Brooklyn, NY 11211-2551
5646752     +Margaritte Malfy,    139 Jackson Street,    Apt 1A,    Brooklyn, NY 11211-2551
5646754     +NCO Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
5646755      NY STATE FILING FEE LLC,    STATE PROC CENTER,    PO BOX 22076,    ALBANY, NY 12201-2076
5646756      NYS Assessment Receivables,    Po Box 4127,    Binghamton, NY 13902-4127
5646758      NYS DEPT OF TAX AND FINANCE,    NYS Assessment Receivables,    Po Box 4127,
              Binghamton, NY 13902-4127
5646759      NYS DEPT OF TAX AND FINANCE,    STATE PROCESSING CENTER,    ALBANY, NY 12201-2076
5646757     +NYS Dept of Tax & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
5646753      Nationwide Credit Inc.,    2002 Summit Blvd,    Suite 600,    Atlanta, GA 30319-1559
5646760      OCEAN SEAFOOD,    C/o Coface Coll. N. America,    Po Box 8510,    Metaire, LA 70011-8510
5646763      PEPSICOLA BOTTLING COMPANY,    PO BOX 34408,    NEWARK, NY 07189-4408
5646762     +PEPSICOLA BOTTLING COMPANY,    RHK Recovery Group,    1670 Old Country Road,
              Plainview, NY 11803-5000
5646761      Pearl Theater,    c/o Lutz & Carr CPA,    300 E. 42 Street,    New York, NY 10164-0605
5646764      QUILL CORPORATION,    Po Box 37600,    Philadelphia, PA 19101-0600
5646765     +R3SONS MECHANICAL, INC,    23 OGDEN AVE,    DOBBS FERRY, NY 10522-2618
5646767     +RIP CONSTRUCTION CONSULTANTS,    217 CENTRE ST,    5TH FLOOR,    NY, NY 10013-3624
5646768     +RONNEYBROOK FARM DAIRY,    PO BOX 267,    Ancramdale, NY 12503-0267
5646769     +RONNEYBROOKFARM DAIRY,    PO BOX 267,    ANCRAMDALE, NY 12503-0267
5646770     +SOLARIS PRIME MEATS,    45-72 159th Street,    Flushing, NY 11358-3148
5646771      St Vincents ER Service,    c/o B&B Collections,    Po Box 2137,    Toms River, NJ 08754-2137
5646772     +Stack & Associates,    Tamara L. Stack, Esq.,    261 Madison Ave, 18th Floor,
              New York, NY 10016-2303
```

```
5646773      +State Department Fcu,   1630 King Street,   Alexandria, VA 22314-2763
5646775      +Stejar LLC,   75 Saint Marks Place,   New York, NY 10003-7944
5646777      +TOKYO OSHIBORI,   150-29 14TH AVENUE,   WHITESTONE, NY 11357-1851
5646776       Third Street Music School,   235 East 11th Street,   New York, NY 10003-7398
5646779       US FOODS,   PO BOX 641871,   PITTSBURGH, PA 15264-1871
5646780      +WTC Small Business Recvry Fund,   c/o McNamee, Lochner, et al,   677 Broadway,
               Albany, NY 12207-2996
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr           +EDI: QYGERON.COM Sep 13 2011 19:38:00      Yann Geron,   Fox Rothschild, LLP,   100 Park Avenue,
               Suite 1500,   New York, NY 10017-5551
5646699       EDI: ALLIANCEONE.COM Sep 13 2011 19:38:00      Alliance 1 Receivable Mngmnt,
               Citicorp Credit Services Inc.,   Po Box 3107,   Southeastern, PA 19398-3107
5646701      +EDI: AMEREXPR.COM Sep 13 2011 19:38:00      American Express,   P.O. Box 981535,
               El Paso, TX 79998-1535
5646706       EDI: BANKAMER2.COM Sep 13 2011 19:38:00      BANK OF AMERICA,   PO BOX 660576,
               DALLAS, TX 75266-0576
5646705       EDI: BANKAMER.COM Sep 13 2011 19:38:00      BANK OF AMERICA,   PO BOX 15710,
               WILMINGTON, DE 19886-5710
5646707      +EDI: BANKAMER.COM Sep 13 2011 19:38:00      Bank Of America N.a.,   4161 Piedmont Parkway,
               Greensboro, NC 27410-8119
5646716      +EDI: CHASE.COM Sep 13 2011 19:38:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
5646720      +EDI: CITICORP.COM Sep 13 2011 19:38:00      Citibank Sd, Na,   Attn: Centralized Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
5646728       EDI: DISCOVER.COM Sep 13 2011 19:38:00      Discover Financial,   Po Box 8003,
               Hilliard, OH 43026
5646729       EDI: DISCOVER.COM Sep 13 2011 19:38:00      Discover Financial Services,   PO Box 3008,
               New Albany, OH 43054-3008
5646730      +E-mail/Text: bankruptcynotices@ecolab.com Sep 13 2011 19:44:11      ECOLAB,   PO BOX 100512,
               PASADENA, CA 91189-0003
5646735       EDI: RMSC.COM Sep 13 2011 19:38:00      GE Money Bank/ GAP,   Po Box 530942,
               Atlanta, GA 30353-0942
5646736      +EDI: RMSC.COM Sep 13 2011 19:38:00      Gemb/gap,   Po Box 965005,   Orlando, FL 32896-5005
5646742       EDI: IRS.COM Sep 13 2011 19:38:00      Internal Revenue Service,   Po Box 37004,
               Hartford, CT 06176-0004
5646743       EDI: IRS.COM Sep 13 2011 19:38:00      Internal Revenue Service,   Po Box 57,
               Bensalem, PA 19020-0057
5646766      +E-mail/Text: bankruptcy@rewardsnetwork.com Sep 13 2011 19:44:09      REWARDS NETWORK,
               300 SOUTH PARK ROAD,   SUITE 300,   HOLLYWOOD, FL 33021-8353
5646778      +EDI: CITICORP.COM Sep 13 2011 19:38:00      Unvl/Citibank,   Attn.: Centralized Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5646717*     +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
5646774*     +State Department Fcu,   1630 King St,   Alexandria, VA 22314-2763
5646718    ##+CHOCOLATE TRAVELLER,   10839 CHANDLER BLVD,   N HOLLYWOOD, CA 91601-2938
                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2011**                              **Signature:** _Joseph Speetjens_